PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Antonio Sadler          Case Number: 3:11-00019-02

Name of Judicial Officer: The Honorable Todd J. Campbell, U.S. District Judge

Date of Original Sentence: January 25, 2012

Original Offense: 18 U.S.C. § 1029(a)(1), Using Counterfeit Access Devices

Original Sentence: 3 years' probation

Type of Supervision: Probation          Date Supervision Commenced: January 25, 2012

Assistant U.S. Attorney: Hillard H. Hester, III          Defense Attorney: Jude T. Lenahan

---

THE COURT ORDERS:

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 19 day of Sept, 2013,
and made a part of the records in the above case.

_____
U. S. District Judge
Todd J. Campbell

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
U.S. Probation Officer
Jon R. Hahn

Place     Columbia, Tennessee

Date      September 19, 2013

ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **Shall not commit another federal, state, or local crime:**

   Antonio Sadler was cited for Driving on Suspended License by the Metropolitan Police Department, Nashville, Tennessee on September 1, 2013. He is to appear in the Davidson County General Sessions Court, Nashville, Tennessee, on November 13, 2013, citation number SC1044427.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr. Sadler lives with family and is currently employed.

**U.S. Probation Officer Recommendation:**

It is recommended that Mr. Sadler be continued on probation and that this matter be handled in the General Sessions Court.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
W. Burton Putman
Supervisory U.S. Probation Officer